MILTON MAURER, an Infant, by ISIDOR MAURER, His Guardian ad Litem, and ISIDOR MAURER, Appellants, v. BOARD OF EDUCATION OF THE CITY OF NEW YORK, Respondent.—

Present — Close, P. J., Carswell, Johnston, Taylor and Lewis, JJ. [See *post,* p. 1012.]